# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western<br>☐ Central<br>☐ Southwestern | ☐ St. Joseph<br>☐ Southern | **Bates** County and elsewhere | ☒ Secret Indictment<br>☐ Juvenile |

**Defendant Information**
Defendant Name     Lorenzo Castro-Manzanarez
Alias Name     Lencho
Birthdate     7/21/1982

**Related Case Information**

Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant  ☒ Yes  ☐ No
Prior Complaint Case Number, if any _____
Prior Target Letter Case Number, if any _____

**U.S. Attorney Information**
AUSA     Rudolph R. Rhodes IV

**Interpreter Needed**
☒ Yes     Language and/or dialect     Spanish
☐ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required       ☐ Yes  ☒ No
Warrant Required    ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts     9

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:1962-9999.F/9999/4 | RICO | 1 |
| 2 | 8:1324.F/8730/4 | Bringing in and Harboring Aliens | 14, 20, 22 – 24 |
| 3 | 8:1324.M/8730/3 | Brining in and Harboring Aliens | 27 – 29 |
| | | | |

(May be continued on reverse)

Date   8/10/2021          Signature of AUSA    /s/ Rudy Rhodes